IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NUMBER: 25-MJ-7113-MAB |
| | ) |
| ZHIGANG LIAN, | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, Sandra Lane, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
### WIRE FRAUD – 18 U.S.C. § 1343

On or about July 1, 2025, in St. Clair County, Illinois, within the Southern District of Illinois,

**ZHIGANG LIAN,**

defendant herein, knowingly devised and participated in a scheme to defraud J.V., and to obtain money and property belonging to J.V. by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme to defraud, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate or foreign commerce from somewhere outside of the state of Illinois to Illinois, certain signals, namely a telephone conversation by a conspirator who identified himself as "Andrew Ferguson" and J.V.

In violation of Title 18, United States Code, Section 1343.

## AFFIDAVIT

I further state as follows:

1.      I am a Special Agent with the United States Secret Service (USSS), and I have been with the USSS for over 18 years. I have been the head of the Southern Illinois Cyber-Crime Unit for approximately two years. During this current employment, I have conducted and assisted with criminal investigations of Title 18 of the United States Code. I am a graduate of the Federal Law Enforcement Training Center where I received classroom and practical training for criminal financial investigations and other related investigations. I have been involved with obtaining and retaining electronic evidence for prosecution in numerous USSS investigations. During my work as a Special Agent for the USSS, I have worked on countless cases involving access device fraud, financial institution fraud, commercial and personal check fraud, and aggravated identity theft. I have been the Case Agent of investigations as well as assisted in numerous investigations which have resulted in indictments, search warrants, and arrest warrants. I am vested with the authority to investigate violations of federal criminal laws as an investigative or law enforcement officer of the United States, within the meaning of Title 18, United States Code, § 2510(7). I have been conducting investigations involving foreign nationals and foreign criminal organizations targeting elderly victims across the United States through imposter or impersonation scams. Imposter scams involve scammers impersonating government officials, company representatives, or known and trusted people, to steal money and/or personal information from victims. These scams occur through various means, including phone calls, text messages, emails, and/or social media.

2.      On June 26, 2025, J.V., a 76-year-old resident of Belleville, Illinois, met with investigators with the Illinois State Police Metropolitan Enforcement Group Special Investigations (MEGSI) and reported being a victim of fraud. J.V. advised she had been informed by scammers,

who were purportedly with the Federal Trade Commission (FTC), that someone was trying to access her financial accounts. The scammers instructed J.V. not to share this information with her family and to withdraw most of the money from her financial accounts. J.V. provided additional information about the scam and her communications with the scammers to MEGSI and St. Clair County. I reviewed the police reports and electronic communications between J.V. and the scammers, and determined the following:

3. On or about June 13, 2025, J.V. received a scam text message from phone number (202) 359-7968 purporting to be from Apple, Inc. The text message stated, "An Apple Pay Transaction of $258.54 at the Apple Store was detected. Call apple assistance now +1(888) 347-3504, if this is unauthorized." J.V. called the phone number because she did not have Apple Pay and did not conduct an Apple Pay transaction. The scammer advised J.V. to call the FTC because there was a "severe" problem and provided her with another phone number with area code 202 to call. I know that scammers involved in imposter scams generally use 202 area code phone numbers to make it appear as if they are located in and calling from the Washington, D.C. area where many federal agencies are located. Instead, the scammers are located elsewhere, usually in foreign countries. This technique is called "spoofing."

4. J.V. called what she believed to be the FTC, and spoke with "Peter," who discussed communicating on a secure line. J.V. was ultimately routed to "Andrew Ferguson" who was purportedly with the FTC.

5. I conducted an internet search for the name "Andrew Ferguson" and found that the real Andrew Ferguson is currently the Chairman of the FTC. Andrew Ferguson's "about" page on the FTC website (https://www.ftc.gov/about-ftc/commissioners-staff/andrew-n-ferguson)

discusses scams due to the pervasive use of his name by scammers:

> *Important: Chairman Andrew N. Ferguson will never demand money, make threats, tell you to transfer money, or promise you a prize. FTC employees will not ask you for personal or financial information, or call to notify you that you've been a victim of identity theft. If someone says they're from the FTC and demands money, they're a scammer. Don't pay them or give them any personal information.*

6. During the phone call, the scammer, "Andrew Ferguson," advised J.V. that she had major problems, involving identity theft connected with Louisiana, Russia, and China, which included an offshore bank account in her name, drug trafficking, money laundering, and child pornography. "Andrew Ferguson" advised J.V. that someone was trying to access her financial accounts at Fidelity, Commerce Bank, and Catholic and Community Credit Union. "Andrew Ferguson" further advised J.V. to not share this information with her family and to withdraw most of her money from her accounts. I know that scammers typically advise victims not to share information with family members, because family members would generally stop the victims from participating in the scam. Phone calls and text messages continued for multiple days between "Andrew Ferguson" and J.V.

7. On the same date, J.V. received an email from "Andrew Ferguson" purporting to be the FTC Chairman. Attached to the email was a non-disclosure agreement in a Portable Document Format (PDF) file displaying the FTC's seal. This FTC seal is a readily available image on the internet. The agreement was purportedly between the FTC and J.V., a "victim of case 055760."

8. On or about June 14, 2025, "Andrew Ferguson" directed J.V. to transfer money via Bitcoin. On the same date, J.V. received two (2) text messages with QR codes from phone numbers (202) 995-6516 and (202) 367-1610. A "QR Code" is a Quick Response (QR) code and a type of

a barcode that stores information in a two-dimensional pattern of black squares on a white background. A QR code is designed to be easily readable by a digital device, like a smartphone camera, and can include information such as website address, contact information, and text.

9.  Case agents scanned the QR codes sent to J.V., and both provided the Blockchain address of "bc1qhjl50vfysg0c3d338u5nlucrduv2zmu34je270" (hereinafter "bc1qhjl"). A Blockchain is a system in which a record of transactions, especially those made in a cryptocurrency, is maintained across computers that are linked in a peer-to-peer network. An analysis was conducted of the Blockchain address bc1qhjl which showed it received 0.03516924 BTC (~$3,675.21 USD) from bc1qtd6d3p06dl37ys2zta2jdrt9s3fvzr2ttd05eh (hereinafter "bc1qtd6"), which is an address likely associated with a Coinhub ATM.

10. On the same date, J.V. withdrew $5,000 in cash from her Commerce Bank account at the direction of "Andrew Ferguson." J.V. was directed to place $4,900 in a Bitcoin machine in downtown St. Louis, Missouri. J.V. sent a text message to "Andrew Ferguson" with the Bitcoin receipt information of "CHBATM Receipt "RUR4RB" 06/14/2025 10:13:01 AM Price: 4900 USD 0.03516924 -> bc1q...e270." Case agents conducted an internet search for "CHBATM" and found it is associated with Coinhub Bitcoin ATM, a cryptocurrency ATM provider. This information matched the analysis of the Blockchain address bc1qhjl showing it was likely associated with a Coinhub ATM. It appears the Coinhub ATM charged a fee of approximately 25%, thereby reducing the transaction amount from $4,900 to approximately $3,675.

11. On June 16, 2025, J.V. inquired with "Andrew Ferguson" regarding how much of her money she would receive back from the FTC. J.V. received a response from "Andrew Ferguson" of "…the entire amount plus 30% of that amount from the Federal government but

don't worry, we will safeguard your money…"

12. On or about June 17, 2025, "Andrew Ferguson" directed J.V. to withdraw $25,000 in cash from her bank account, and text him a photograph of the withdrawal receipt and a photograph of the cash. On the same date, J.V. withdrew $25,000 in cash from her Commerce Bank account number ending 6315.

13. On the same date, at approximately 1:01 PM, J.V. texted "Andrew Ferguson" photographs of the Commerce Bank cash withdrawal receipt showing a $25,000 cash withdrawal from account ending 6315 and three (3) bundles of bulk cash wrapped with cash straps. The cash straps showed amounts of $5,000, $10,000, and $10,000; for a total of $25,000. J.V. also texted her home address in Belleville, Illinois.

14. On the same date, "Andrew Ferguson" contacted J.V. and told her that an "agent" would arrive at her location at about 5:12 PM. "Andrew Ferguson" provided her with the code word "mountains." From my experience, I know that scammers direct their couriers and victims to exchange passwords when conducting the cash exchange.

15. At approximately 5:14 PM, "Andrew Ferguson" texted J.V. and said, "…the agent should be at your place anytime now, so be ready and waiting for my call." J.V. met the "agent"—who she described as a very light skinned male, possibly Philippine—outside of her home. The "agent" was wearing a grey track suit, pants with black and white stripes, and a red baseball cap. The "agent" accepted J.V.'s $25,000 in cash and departed J.V.'s residence by walking away. J.V. did not see the car that the "agent" was driving. I know that couriers working for these criminal organizations typically park away from and out of sight of the victims' homes in an attempt to conceal their vehicles.

16. On or about June 26, 2025, "Andrew Ferguson" directed J.V. to withdraw $45,000 in cash from her bank account. To come up with this amount, J.V. sold stock from her Fidelity Investment account. J.V. sent text messages from Fidelity Investments to "Andrew Ferguson" that showed bank wires in the amounts of $8,281.21 and $38,666.74; for a total of $46,947.95. These funds appeared to be transferred to J.V.'s Catholic and Community Credit Union account ending 7007. On the same date, J.V. made a cash withdrawal in the amount of $45,000. J.V. texted a photograph of the withdrawal slip and the cash to "Andrew Ferguson."

17. On the same date, at approximately 1:16 PM, "Andrew Ferguson" texted J.V. and said, "…the agent will be there in like 9 mins" and provided the password for the transaction of "Chicago Bulls." "Andrew Ferguson" then texted J.V. and said, "Will call you in 5." J.V. told investigators that the "agent" did not arrive because the "agent" was suspicious of two guys around her house.

18. On June 27, 2025, investigators had J.V. make a recorded phone call to "Andrew Ferguson." The scammer asked J.V. if she wanted to send cryptocurrency or cash. J.V. requested cash. The scammer told J.V. that the "agent" who came to her house previously had noticed people circling around her home. The scammer also said that the "agents" would be monitoring her home. The scammer and J.V. agreed to a cash transaction the next Monday afternoon, June 30, 2025. The scammer directed J.V. to secure her cash in a safe in her house until that time. The scammer and J.V. did not discuss the dollar amount, but J.V. expected to provide the $45,000 in cash that the scammer had previously instructed her to withdraw from her Catholic and Community Credit Union account.

19. On June 30, 2025, J.V. made a recorded phone call to "Andrew Ferguson." J.V.

also corresponded with "Andrew Ferguson" via text message. "Andrew Ferguson" arranged for J.V. to provide $45,000 in cash to an "agent" around 5:30 PM or 6:00 PM at a public location in Belleville, Illinois. J.V. asked "Andrew Ferguson" if the password was still "Chicago Bulls," as it was during the previous pickup attempt on June 26, 2025. J.V. was told the previous pickup attempt was aborted by the "agent," the password was expired, and she would receive a new password.

20. Later on the same date, J.V. received a phone call from "Andrew Ferguson." "Andrew Ferguson" advised J.V. that an "agent" was not available to meet this evening. "Andrew Ferguson" said an "agent" would be available to meet her mid-morning on July 1, 2025.

21. On July 1, 2025, at approximately 9:00 a.m., J.V. received a phone call from "Andrew Ferguson." The phone call was made in the presence of agents and was recorded. "Andrew Ferguson" informed J.V. that an agent would meet her at the McDonald's located at 7301 Westfield Plaza Drive in Belleville, Illinois, 62223 sometime between 10:00 and 11:00 a.m. to pick up the $45,000. "Andrew Ferguson" provided J.V. with a password of "rainbows and sunshine." "Andrew Ferguson" asked J.V. to provide him with the make, model, color, and license plate number of her vehicle so the "agent" could locate her in the McDonald's parking lot.

22. At approximately 10:09 a.m., a man later identified as LIAN was observed exiting a black Nissan Sentra with New Mexico license plate 581XJA that was parked in a parking lot adjoining the McDonald's. LIAN walked through the parking lot and walked past J.V.'s vehicle, before coming back to her vehicle. LIAN provided the code word of "rainbows and sunshine" to J.V. and she handed LIAN an envelope containing what LIAN believed to be $45,000 in cash. LIAN looked in the envelope and began to walk back to his car. After the exchange, officers with Illinois State Police took LIAN into custody.

23. An identification purporting to be a California Commercial Driver License was provided by LIAN. That identification indicated that LIAN resides in the greater Los Angeles area.

24. In all, there is probable cause to believe that J.V. has lost more than $29,000 attributable to "Andrew Ferguson" and his co-conspirator, LIAN.

25. Based on the foregoing, I believe there is probable cause to believe that ZHIGANG LIAN committed the offense set forth in Count 1 of this Complaint.

FURTHER AFFIANT SAYETH NAUGHT.

*Sandra Lane*

SANDRA LANE
Special Agent
United States Secret Service

*Zoe Gross*

ZOE GROSS
Assistant United States Attorney

Subscribed and sworn to this 2nd day of July, 2025, at East St. Louis, Illinois.

*Mark A. Beatty*

HONORABLE MARK A. BEATTY
United States Magistrate Judge
Southern District of Illinois